DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LEONARD GREEN, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D20-3445

_____

September 8, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Manatee County; Peter A. Dubensky, Judge.

Leonard Green, Jr., pro se.

PER CURIAM.

    Affirmed.

CASANUEVA, KELLY, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.